UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LOWAYNE PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>PERDUE INC, et al.,<br><br>    Defendants. | Case No. 16-cv-00904-EDL<br><br>**ORDER TO SHOW CAUSE** |

On February 23, 2016, pro se Plaintiff filed a complaint and application for leave to proceed in forma pauperis. On February 29, the Court issued an Order denying Plaintiff's application to proceed in forma pauperis without prejudice because Plaintiff failed to provide all of the required information, and stated that it would re-consider an amended application that contained all of the requested information. Dkt. No. 5. Thereafter, the Court ordered Plaintiff to either consent to or decline magistrate jurisdiction by no later than April 29, 2016. Dkt. No. 6. Plaintiff has not filed an amended application to proceed in forma pauperis and has not responded to the Court's request to consent to or decline magistrate jurisdiction.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute. Plaintiff shall file a response to this Order by no later than May 24, 2016, and a hearing will be held on May 31, 2016 at 3:00 p.m. If plaintiff fails to respond, the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 17, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge